AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1)-Driving Under the Influence; 36 C.F.R. § 1004.23(a)(2)-Driving with B.A.C. over .08%; 36 C.F.R. § 1004.22(b)(3)-Unsafe Operation of a Vehicle

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Not more than 6 months imprisonment, a $5,000 fine, and a $10 special assessment fee.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 2007 NOV 21 AM 10:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ Joseph E. Buenconsejo

DISTRICT COURT NUMBER
CR 07  0741 MAG

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 10/22/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

*FILED*
*07 NOV 21 AM 10: 56*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0741 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Motor Vehicle (Class B Misdemeanor) |
| v. | |
| JOSEPH E. BUENCONSEJO, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

**INFORMATION**

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about October 22, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

JOSEPH E. BUENCONSEJO,

was operating or in actual physical control of a motor vehicle while under the influence of alcohol, drugs, or any combination thereof, to a degree that rendered him incapable of safe operation in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a

INFORMATION

Class B Misdemeanor.

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%

On or about October 22, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

JOSEPH E. BUENCONSEJO,

was operating or in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his blood or breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

COUNT THREE: 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Motor Vehicle

On or about October 22, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

JOSEPH E. BUENCONSEJO,

was operating or in actual physical control of a motor vehicle and failed to maintain that degree of control of the motor vehicle necessary to avoid danger to persons, property, or wildlife, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(3), a Class B Misdemeanor.

DATED: 11/19/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION