**FILED**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-07-0741 MAG

Defendant's Name: Joseph Buenconsejo

Defense Counsel: Elizabeth Falk

Sentencing Date: 3-15-08

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- ✓ Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 18400, **before leaving** the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By: __BRENDA TOLBERT__
Deputy Clerk

C:   U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? N

Is defendant English speaking? Y

Defendant's address: