03/18/2008 12:44 PM EDT                                                                                   Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN307CR000741

| 001 | JOSEPH BUENCONSEJO | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611016945 | 1 | PR | 10.00 | 03/13/2008 |

Division Payment Total    10.00

Grand Total    10.00

$10.00  SPECIAL ASSESSMENT
        PAID IN FULL
              ξn 3-13-08

cr 07-741 MEJ

FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1