04/15/2008 03:34 PM EST                                                                                                         Version 7.0.1

San Francisco

**Case Debt Type Payment Report**
**U.S. Courts**

Party # Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date

Case No. DCAN307CR000741    US VS BUENCONSEJO

| 001 | JOSEPH BUENCONSEJO | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611016945 | 1 | PR | 10.00 | 03/13/2008 |
| 001 | JOSEPH BUENCONSEJO | 6855XX | VICTIM RESTITUTION | 1,542.00 | 0.00 | CT 34611017962 | 1 | PR | 1,542.00 | 04/08/2008 |

Division Payment Total  1,552.00

Grand Total  1,552.00

FILED
APR 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$1542.00 RESTITUTION PAID IN FULL on 4-8-08

CR 07-741 MAG

Page 1 of 1